JANET M. HEROLD
Regional Solicitor
MARC A. PILOTIN
Counsel for Wage and Hour Litigation
TARA STEARNS (Cal. Bar No. 291130)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7741
Fax: (415) 625-7772
Email: stearns.tara.e@dol.gov
*Attorneys for Plaintiff R. Alexander Acosta*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugene Scalia,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>       Plaintiff,<br>      v.<br><br>Valley Wide Plastering Construction, Inc., dba Valley Wide Plastering, Inc., an Arizona corporation; Jesus Guerrero, aka Jesse Guerrero, an individual; Rose Guerrero, an individual; and Jesse Guerrero, Jr., aka J.R. Guerrero, an individual,<br><br>      Defendants. | Case No. CV-18-04756-PHX-GMS<br><br>**MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

Plaintiff Eugene Scalia, Secretary of Labor, United States Secretary of Labor ("the Secretary") submits this motion for leave to file a First Amended Complaint identifying additional employees affected by the violations alleged in the original Complaint, and making other amendments. This Motion is based on the attached Memorandum of Points and Authorities, the attached Declaration of Tara Stearns, the proposed First Amended Complaint, and Exhibit A to the Proposed First Amended Complaint. For the reasons stated in the Memorandum, the Secretary respectfully requests that the Motion be granted. A proposed order is attached.

Respectfully submitted,

Dated: October 23, 2019

KATE S. O'SCANNLAIN
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

MARC A. PILOTIN
Counsel for Wage and Hour Litigation

*/s/ Tara Stearns*
TARA STEARNS
Trial Attorney

*Attorneys for the Secretary, U.S. Department of Labor*

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Susanne E. Ingold
Burch & Cracchiolo, P.A.
702 E. Osborn Road, Suite 200
Phoenix, AZ 85014

singold@bcattorneys.com

Dated: October 23, 2019              */s/ Tara Stearns*
                                      Tara Stearns