JANET M. HEROLD
Regional Solicitor
ANDREW SCHULTZ
Senior Trial Attorney
TARA STEARNS (Cal. Bar No. 291130)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7741
Fax: (415) 625-7772
Email: stearns.tara.e@dol.gov
*Attorneys for Plaintiff R. Alexander Acosta*

| | |
|---|---|
| Eugene Scalia,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>           Plaintiff,<br>       v.<br><br>Valley Wide Plastering Construction, Inc., dba Valley Wide Plastering, Inc., an Arizona corporation; Jesus Guerrero, aka Jesse Guerrero, an individual; Rose Guerrero, an individual; and Jesse Guerrero, Jr., aka J.R. Guerrero, an individual,<br><br>       Defendants. | Case No.: CV-18-04756-PHX-GMS<br><br><br>**EXHIBIT A TO [PROPOSED] FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT** |

# EXHIBIT A

1. Alejandro Lugo Martinez
2. Juan Guerra
3. Oliverio Guerra
4. Armando Arce Favela
5. Diego I Villalpando
6. Jorge Rivera Tolentino
7. Lino Vasquez
8. Patricia Noel
9. Jose Perez Gomez
10. Ernesto Cortes
11. Audelo Gutierrez
12. Jose Gutierrez
13. Rafael Vargas
14. Saul Cortez Chavez
15. Adan Marruto Ontiveros
16. Alberto Sanchez
17. Antonio Ripalda
18. Heriberto Aguirregonzalez
19. Mario Gomez Rangel
20. Omar Varela
21. Vicente Osuna Velasquez
22. Adolfo Urrutia Sanchez
23. Anselmo Moreno
24. Jose Alapizco Nabor
25. Martin Ramos
26. Jaime Villegas
27. Pedro Montijo
28. Francisco Covarrubias
29. Juan Carlos Gonzalez Martinez
30. Rey D Acosta
31. Manuel Ubario
32. Felipe Moroyoqu Morillo
33. Juan Sanchez Ramirez
34. Noel Quintero Mendivil
35. Gerardo Flores Ramos
36. Jose Carlos Perez
37. Alfredo Jose Galaz
38. Javier Romero Barraza
39. Jose Manuel Ramos Lemus
40. Manuel Figueroa Williams
41. Rosario Perez Sanchez

42. Hector Rivera Cruz
43. Alfredo Serna
44. David Morris
45. George Brooks
46. Jose De Jesus Gonzalez
47. Maria Elena Cortes Sandoval
48. Claudio Cortes
49. Ignacio Mejia Soto
50. Jose Santiago Perez
51. Max Badillo
52. Ricardo Perez
53. Santiago C Perez
54. J Guadalupe Cerna Ibarra
55. Jose J Martinez Rascon
56. Adan Chon Medina
57. Antonio Lechuga Escobedo
58. Horasio David Anaya Rosales
59. Jose Maria Correa Jr
60. Daniel Rivera
61. Jose Trinidad Luque Oblea
62. Carlos Rojo Sicairos
63. Efrain Cuevas Cuadras
64. Enrique Ruiz
65. Jesus Hernandez
66. Lalo Everardo Acosta
67. Everardo Acosta Cardenas
68. Jose Antonio Martinez
69. Alfonso Aguilar
70. Diego Martin Lopez Gonzalez
71. Gerardo Serrano
72. Rosario Torres Lopez
73. Salvador Aguilar H
74. Alberto Vargas Torres
75. Alejandro Cornejo Gamero
76. Jose A Santos
77. Nicolas Santos Hernandez
78. Orion Arnel Eletise Collins
79. Patty Noel
80. Traci Miller
81. Alfredo Rosas
82. Arturo Barrios
83. Ruben Alvarez
84. Mario Sauceda Tellez

85. Rafael Martinez Jr
86. Francisco Sanchez
87. Lino Chavez
88. William Mace
89. Eligio Apodaca
90. Oscar R Cano
91. Carmen Celestino Torre
92. Ines Acosta Payan
93. Marcelino Vargas Hurtado
94. Roberto Ochoa Magana
95. Carlos Reyes Zavala
96. Huemac Mariscal
97. Ismael Felix Ochoa
98. Jose Jacobo Montoya
99. Ramon A Quijada
100.    Veronica Luzania
101.    Grizzel Avila Valenzuela
102.    Miguel Angel Pina
103.    Mike Maldonado
104.    Richard Ignacio
105.    Roberto Cortez
106.    Wilfredo Ruben Barrios Arreaga
107.    Edgar Alejandro Banderas
108.    Gabriel Coury
109.    Carlos Sanchez
110.    Cesar Padilla
111.    Juan M Cortes Luna
112.    Martin Cortes Luna
113.    Miguel Angel Montoya
114.    Frank Morgan
115.    Gabriel Cortes
116.    Jose Romero
117.    Richard Ramirez Cardona
118.    Cruz A Lugo Soto
119.    Maricela Valenzuela
120.    Saul Reyes Andrade
121.    Austreberto Angulo Torres
122.    Cristian Ayala Hernandez
123.    Fabian Correa Cortes
124.    Jose Orduno Zayas
125.    Marcelino Pina Giron
126.    Maria Rosario Camacho
127.    Serigo Nava Alcantar

| | | |
|---|---|---|
| 1 | 128. | Adolfo Angel Martinez |
| 2 | 129. | Cristian Ruiz Kintero |
| | 130. | Jesus Jose Sanchez Leyva |
| 3 | 131. | Jorge Celaya |
| | 132. | Ricardo Licona |
| 4 | 133. | Rene Francisco Leyva |
| 5 | 134. | Filiberto Granillo Lira |
| | 135. | Tomas Vargas |
| 6 | 136. | Hugo Aguilar |
| 7 | 137. | Jacinto Polvadera |
| | 138. | Melchor Barreras |
| 8 | 139. | Argel Lechuga Espinoz |
| 9 | 140. | Carlos Escalante Gerar |
| | 141. | Jose Alejandro Espinoza |
| 10 | 142. | Jose Carmen Vasquez Garcia |
| 11 | 143. | Jose Fidel Zaragoza Casas |
| | 144. | Lucio Garcia Sanchez |
| 12 | 145. | Rick Ignacio |
| 13 | 146. | Steven Sanchez |
| | 147. | Victor Manuel Arellano |
| 14 | 148. | Alberto Rojas Gutierrez |
| 15 | 149. | Fidel Mauricio Anaya Morales |
| | 150. | Genaro Fernande Aguilar |
| 16 | 151. | Javier Dominguez |
| 17 | 152. | Juan Manuel Rodriguez |
| | 153. | Juan Martin Rodriguez |
| 18 | 154. | Pablo Arreola Ortiz |
| 19 | 155. | Victor Alan Zeferino Marque |
| | 156. | David Espinoza Anaya |
| 20 | 157. | Efren Vicente Lira Munoz |
| 21 | 158. | Jesus Montano Lopez |
| | 159. | Salvador Omar Gomara Velasquez |
| 22 | 160. | Ivan Alonso F Montijo |
| 23 | 161. | Max Salamanca |
| | 162. | Brauilo Sanchez |
| 24 | 163. | Eduardo Leyva |
| 25 | 164. | Simon Gandarila Lerma |
| | 165. | Martin Covarrubias |
| 26 | 166. | Patricia Blanca Rivera |
| 27 | 167. | Raymond Paul Enriuez |
| | 168. | Raymundo Contreras |
| 28 | 169. | Carlos Rojo Jr |
| | 170. | Crisoforo Pina Tovar |

171. Christopher Robles
172. Guadalupe Mendoza
173. Luis Alberto Hernandez
174. Margarito Torres
175. Mario Olivas
176. Victor Hernandez
177. Andres Martinez
178. Edgar Fierro Rodriguez
179. Guadalupe Fiero Rodriguez
180. Jose Daniel Herrera Sarbia
181. Jose L Lino
182. Juvenal Hernandez Gonzalez
183. Marcos Antonio Cruz Sanchez
184. Alejandro Osorio Quinones
185. Jorge Portillo Tirado
186. Peggy Sauceda
187. Miguel Portillo
188. Sergio M Almazan
189. Isadora Martinez Ramirez
190. Marcos Almazan
191. Osciel Ceron
192. Hector Meza Beltran
193. Jose Raul Gonzalez
194. Juan A Vasquez
195. Juan Rivas
196. Edwin Gonzalez
197. Francisco Gomora Perez
198. Jose Manuel Mena Tampa
199. Jose Mena Villamar
200. Juan Manuel M Rodriguez
201. Marlon Partida
202. Joe Gutierrez Jr
203. Jessica Ochoa
204. Marcos Rodriguez
205. Angel Jacquez Vega
206. Iran O Beltran Guerrero
207. Joaquin Prieto
208. Ricardo Beltran
209. Irma Gomora Perez
210. Manuel Esparza
211. Octavio Grijalva Jr
212. Rogelio Valdez
213. Bernardo Velazquez

214. Emilio Pinacho Mijangos
215. Juan Rodriguez
216. Noe Arias Leon
217. Pablo Fierro Rodrigue
218. Rodolfo Arvizo
219. Adan Garcia Gutierrez
220. Alejandro Ruela Rodriguez
221. Jorge Ramirez Gonzales
222. Pablo Ramon Anaya Gutierrez
223. Francisco J C Lamas
224. Jose Medrano
225. Teodoro Villegas Guarneros
226. Maria Leal
227. Raudel Marquez Godoy
228. Carlos Molina
229. Giovanny H Marroquin
230. Jose Alberto Castro Carillo
231. Juan Jose Acosta Aragon
232. Jaime Jimenez Barranc
233. Kenneth Walker
234. Adan Diaz Castro
235. Carlos Garcia
236. Emiliano Martinez
237. Gerardo Perez Sanchez
238. Jessica Gabriel Perez Lemus
239. Jesus Ruiz
240. Jesus Valenzuela
241. John Gutierrez
242. Moises Barreras
243. Pedro Hernandez
244. Victor Escobedo
245. Adrian Sandoval Ornela
246. Andres Jimenez Vazquez
247. Cesario Pacheco
248. Davis Jimenez
249. Heriberto Jimenez Munos
250. Jesus M Aguilar Urquidez
251. Jose Antonio Jimenez
252. Jose Ramon Quintero
253. Jose Sanchez
254. Leonel Nunez Echeverri
255. Maria Leonor Jimenez Munoz
256. Ramiro Jimenez Vazquez

| | |
|---|---|
| 257. | Edgar Sanchez |
| 258. | Elias Esquivel Lemus |
| 259. | Hever Sanchez Moreno |
| 260. | Hugo Sanchez |
| 261. | Ivan Miranda Medina |
| 262. | Jonathan Ayala Hernandez |
| 263. | Juan Angel Dubon Santos |
| 264. | Juan Mejia |
| 265. | Juan Salas |
| 266. | Nayelli Torres Salazar |
| 267. | Reynaldo Humberto Sanchez |
| 268. | Daniel Aispuro |
| 269. | Eduardo Derosas Ramirez |
| 270. | German Figueroa |
| 271. | Hector Forrest |
| 272. | Ricardo Lopez Sauceda |
| 273. | Artueo Caballero |
| 274. | Bill Warner |
| 275. | Daniel Hernandez Enriq |
| 276. | Edgar Beltran |
| 277. | Fernando Burgos Cubillas |
| 278. | Imelda Garcia |
| 279. | Jesus Valles Ramirez |
| 280. | Jose Luis Rebollar |
| 281. | Jose Mendoza |
| 282. | Laureana Beltran Castro |
| 283. | Maribel Sauceda  Leyva |
| 284. | Miguel Angel Acosta |
| 285. | Ramon Coronado |
| 286. | Rogelio Damian Burgos |
| 287. | Saul Usvaldo Guevara Burgos |
| 288. | Arlene Ruiz Godoy |
| 289. | Felipe Martinez Zurita |
| 290. | Fredy Dominguez |
| 291. | Robert Sonoqui |
| 292. | Arturo Pichardo |
| 293. | Jorge Lopez Castro |
| 294. | Monica Quiroz |
| 295. | Gilberto Guzman |
| 296. | Noel Hernandez |
| 297. | Earl Freeman |
| 298. | Timothy Simms |
| 299. | Victor Salinas Castaneda |

| | | |
|---|---|---|
| 300. | Cesar Urbina |
| 301. | Eduardo Leon Olivas |
| 302. | Guillermo Martinez |
| 303. | Juan Carlosorrea Cortes |
| 304. | Carlos Urbalejo |
| 305. | Francisco Madrid Quintero |
| 306. | Javier Gonzalez |
| 307. | Pedro Arrellano |
| 308. | Rafael Meneses |
| 309. | Rosalba Suarez Escobar |
| 310. | Arturo Perez |
| 311. | Jorge Jacquez |
| 312. | Luis A Sanchez Camacho |
| 313. | Adrian Calderon |
| 314. | Dustin Forsgen |
| 315. | Gilbert Gutierrez |
| 316. | David Nava Alcantar |
| 317. | Efrain Cortes Munoz |
| 318. | Gilberto Sisneros |
| 319. | Jorge Osbaldo Chavez Esparza |
| 320. | Manuel Leal Sotomea |
| 321. | Margarito Rubio |
| 322. | Alfredo Suarez Guerra |
| 323. | Angel Jimenez Castro |
| 324. | Antonio Vega Orozco |
| 325. | Armando Espinoza Gomez |
| 326. | Eugenio Castro Diaz |
| 327. | Francisco Javier Ochoa |
| 328. | Francisco Lemus Guillermo |
| 329. | Ismael Gardea Olivas |
| 330. | Jesus Fernando Ibarra Martinez |
| 331. | Juan Carlos Vargas |
| 332. | Miguel Espinoza Salas |
| 333. | Carlos Jose Osuna Apodaca |
| 334. | Dennis Green |
| 335. | Ernesto Casas |
| 336. | Armando Maldonado Garci |
| 337. | Fidel Huerta |
| 338. | Marco Antonio Aguilar Perez |
| 339. | Michael Maldonad Garcia |
| 340. | Angel Valenzuela |
| 341. | Jose Lopez Auyon |
| 342. | Miguel Rumijald Gutierrez |

343. Rafael Leal Cordero
344. Carlos Alejandr Esparza
345. Fortino Martinez
346. Ignacio Rivera Lopez
347. Joshua Harley
348. Margarito Rubio Cecena
349. Jorge Osuna
350. Luis Alberto Parra Sanchez
351. Luis Enrique Pacheco
352. Luis Garcia
353. Fidel Munoz
354. Marco Antonio Ruiz Torres
355. Francisco Encinas Piri
356. Jonathan Jacquez
357. Jose Mendoza Valle
358. Martin Borrayo
359. Anna O'Bryant
360. Ismeal Corrasco
361. Luis Chavira Garcia
362. Sandra Gabriel Pacheco
363. Baldomero Cueva Perez
364. Denise Liliana Arumedo Ramirez
365. Noel Ramirez
366. Norberto Celaya Alvarez
367. Salvador Phillips
368. Salvador Prieto
369. Jose Antonio Vargas
370. Maria Moreno
371. Jhonatan Rodriguez Zarate
372. Juan Martinez Abitia
373. Alberto Estrella
374. Edgar Soto
375. Eduardo Javier Soto
376. Jesus Omar Hernandez Oliva
377. Ryan Wilson
378. Gilberto Contreras
379. Jesus Murillo Lopez
380. John Chatman
381. Pedro Cervantes Sanchez
382. Jose Manuel Valenzuela
383. Manuel A Fimbres Salazar
384. Charlotte Walton
385. Joel Montano

| | | |
|---|---|---|
| 386. | Laura Acevedo Torres |
| 387. | Sergio Ruiz Torres |
| 388. | Shannon Guerrero Huff |
| 389. | Arturo Marin Vilches |
| 390. | Everardo Garcia Velazque |
| 391. | Jesus Gonzalez |
| 392. | Jose Enrique Ruiz Bazua |
| 393. | Jose Tejeda Carrillo |
| 394. | Juan Zarate |
| 395. | Luis Martin Arreola Loaiza |
| 396. | Magdaleno Andrade Jaso |
| 397. | Melecio Victor Zeferino Lira |
| 398. | Ramon Pena Barraza |
| 399. | Roberto Carlos Herrera Mendoza |
| 400. | Rogelio Tejeda Carrillo |
| 401. | Alejandro Tejeda Carrillo |
| 402. | Alvaro Martinez |
| 403. | Anastacio Cruz Pimentel |
| 404. | Aurelio Carrillo Gamez |
| 405. | Carlos Regino Ruiz Torres |
| 406. | David Adrian Marquez Gomora |
| 407. | Doraly Mora |
| 408. | Erminio Cortez |
| 409. | Fidel Aldair Bravo Torres |
| 410. | Fortino Chavez Castaned |
| 411. | Gabriel Meza Beltran |
| 412. | Gonzalo Esparza Correa |
| 413. | Irving Parra Acosta |
| 414. | Jose De Jesus Torres Carrillo |
| 415. | Jose Luis Serrano Felix |
| 416. | Josue Felix Cruz Flores |
| 417. | Juan Carlos Arellano Robles |
| 418. | Juan Carlos Hernandez Marroquin |
| 419. | Juan Correa Cortes |
| 420. | Juan Daniel Marquez Gomora |
| 421. | Juan Peralta |
| 422. | Leswit Alfredo Rosas Perez |
| 423. | Luis Reynaldo Mora |
| 424. | Marco Antonio Duran Perez |
| 425. | Mario Cruz Pimentel |
| 426. | Martin Leonides Rubio Cecena |
| 427. | Miguel Angel Bravo Barreda |
| 428. | Raudel Hernandez Delgado |

429.  Remigio Arellano
430.  Rene Marquez Gomora
431.  Reynaldo Mora
432.  Reynaldo Mora Torres
433.  Ricardo Garcia Loza
434.  Ruben Ruiz Villar
435.  Rufino Orlando Carrasco Serran
436.  Uriel Gomora Velazquez
437.  Valentin Figuer Serratos
438.  Victor Alfonso Garcia Banda
439.  Carlos Lopez Araujo
440.  Edmundo Gonzalez Zuniga
441.  Jorge Garcia
442.  Luis Orduno
443.  Martin Figueroa Montes
444.  Moises Ornelas Barreras
445.  Orlando Felix
446.  Silvia Cardenas
447.  Alyssa Bena Videz
448.  Fernando Murrieta
449.  Keanu Holmes
450.  Samantha Ashley Green
451.  Terry Stoe Bedoya
452.  Enrique Aguilar
453.  Jessica Ruiz
454.  Jon Borst
455.  Kendra Cupid
456.  Mackenzie M Meidinoes
457.  Nelva Quintero
458.  Raymundo Rodriguez
459.  Susan Hurley
460.  Trinidad Flores Soto
461.  Alberto Castillo
462.  Arturo Gutierrez Espinoza
463.  Charles Garcia Villa
464.  David Ruiz Soto
465.  Giovani Duarte Quintero
466.  Henry'S Market
467.  Johns Rancho Market
468.  Juan Antonio Rodriguez Torres
469.  Peter S Ireland
470.  Raudel Amarillas
471.  Reynaldo Arellano Lamas

472. Arturo Del Castillo
473. Jim Goronbei
474. Mario Garcia
475. Mark Bedoya
476. Antonio Gomora
477. Carrillo Rangel
478. David Martin Banuelos
479. Delores Landir
480. Javier Caro
481. Maximiano Salamanca
482. Sergio Ramirez
483. Aurelio Valasquez
484. Carmina Contreras
485. Felipe Covarrubias
486. Fidel Bravo Huerta
487. Francisco Paez Jr
488. Hugo Pando
489. Vicente Iniguez
490. Abran Hernandez G
491. Andres Loera
492. Carlos Torres
493. Daniel Hernande De La Torre
494. Daniel Hernandez Enriquez
495. Edro Cervantes Sanchez
496. Jorge Luis Zamitiz Burgos
497. Jose Batista Enrique
498. Jose Luis Santos Varel
499. Juan Jose Gutierrez
500. Luis Daniel Rascon Sauseda
501. Alberto Quintero Rocha
502. Alexis Zazueta Aceves
503. Joaquin Edgardo Vasquez
504. Juan Pablo Moreno
505. Margarito Cruz Pimentel
506. Romero Benites
507. Rosario Lopez Zazueta
508. Tyana Breanne Fetters
509. Alberto Lopez
510. Alfonso Alejand Marquez Sanchez
511. Antonio David Ramirez
512. Antonio Padilla
513. Cesar Ambriz Garcia
514. Crescencio Padilla Ledezma

| | |
|---|---|
| 515. | Edgar Almonte Almonte |
| 516. | Fabian Arredondo Sanchez |
| 517. | George Garcia |
| 518. | Guillermo Alfredo Montijo |
| 519. | Hugo Humberto Panto Salas |
| 520. | Jessica De La Vega |
| 521. | Jesus Covarrubias |
| 522. | Jesus Eleazar Caperon Herrera |
| 523. | Jesus Francisco Rivera Arvayo |
| 524. | Jonathan Parra |
| 525. | Jorge Mendoza Padilla |
| 526. | Jose A Lagos Hernandez |
| 527. | Jose Antonio Luna Gonzalez |
| 528. | Jose Garcia Soto |
| 529. | Juan Palacios |
| 530. | Mario Montijo |
| 531. | Miguel Angel Vega Pina |
| 532. | Miguel Jauregui |
| 533. | Nazario Equihua Equihua |
| 534. | Omar Santiago Bazua |
| 535. | Orlando Figueroa Marque |
| 536. | Rene Ramirez Rodriguez |
| 537. | Roberto Parra Soto |
| 538. | Ruben Rodriguez Perez |
| 539. | Ruben Salazar |
| 540. | Serafin Pina Pina |
| 541. | Serafin Pina Tovar |
| 542. | Tomas Patino Ramirez |
| 543. | Tomas Peres Chabarria |
| 544. | Victor Yanez |
| 545. | Aaron Guarneros Martinez |
| 546. | Abacu Pardino Almazan |
| 547. | Adrian Esparza Ortega |
| 548. | Adrian Pina Pina |
| 549. | Agustin Garcia Lopez |
| 550. | Agustin Vazquez |
| 551. | Alberto Gutierrez |
| 552. | Alberto Lora Avalos |
| 553. | Aldo Aurelio Silva Hernandez |
| 554. | Alejandro Encinas |
| 555. | Alejandro Godoy Romero |
| 556. | Alejandro Loera |
| 557. | Alexander Garibaldi |

558.    Alexis Romero Chavez
559.    Alfred Ray Wren
560.    Alonso Miranda Cota
561.    Amado Carpio
562.    Angel Ortega Perez
563.    Antonio De Jesus Martinez Gonzalez
564.    Antonio Ramos Cruz
565.    Aurelio A Sanchez
566.    Aurelio V Domine
567.    Bernardo Montoya
568.    Bladimir Romero Benites
569.    Bryan Palma Ruiz
570.    Carlos Covarrubias
571.    Carlos Reyes
572.    Cesar Carrillo Rangel
573.    Charlie Jones
574.    Christian Hernandez
575.    Christian Ivan Zazueta
576.    Ciara Quinonez Gomez
577.    Clemente Gutierrez
578.    Cody Michael Pena
579.    Cristian Kintero Ruiz
580.    Cruz Renteria Medina
581.    Daniel Giron
582.    Daniel Hernandez De La Torre
583.    Daniel Kent Green
584.    Daniel Martinez
585.    Daniel Pacheco Ramirez
586.    Daniel Victor Gutierrez
587.    David F Lopez
588.    David Gutierrez Real
589.    Diana Dela Rosa Vasquez
590.    Edgardo Leal Mendez
591.    Eduardo Morales
592.    Efren Pimentel Rodriguez
593.    Eladio Cazares Alapisco
594.    Eleazar Montano Lopez
595.    Elias V Esquivel
596.    Enrique Gomez Ortiz
597.    Eradio Caperon Herrera
598.    Ernesto Gomora Perez
599.    Esteban Martinez Campos
600.    Evelia Mendoza Solis

601. Everildo Vasquez Vicente
602. Ezaquiel Garcia Campos
603. Ezequiel Parra Orozco
604. Fausto Marquez Sanchez
605. Felipe De Jesus Figueroa
606. Felipe Peraza
607. Felix A Sanchez
608. Felix Mendoza Sandoval
609. Fernando Garcia Beiza
610. Fernando Gonzalez
611. Fidencio Gomora Perez
612. Floriberto Giron Arreguin
613. Fortino Taboada Jr
614. Francisca L Obregon
615. Francisco Caro Ramirez
616. Francisco Paz
617. Gerardo Arvizu Torres
618. Gerardo Lemus Torres
619. Gerardo Marquez
620. Gerardo Ortega Lopez
621. German Gonzalez
622. Grace Knutson
623. Guadalupe Medina Perez
624. Guadalupe Urquidy Miranda
625. Guiovany Hernandex Marro
626. Hortencia Garcia Loya
627. Isabel Velasco Cruz
628. Ivan Leonel Felix
629. Ivan Marquez Garcia
630. Jaime Renteria
631. Jaiver Rodriguez
632. Javier A Araujo
633. Javier Acuna
634. Javier Carrillo Rangel
635. Jesus Cerna
636. Jesus Cota Fierro
637. Jesus Daniel Chavez German
638. Jesus Diaz
639. Jesus Garcia
640. Jesus Montenegro
641. Jesus Oliver Villegas
642. Jesus Romero
643. Jonathan Bernal Alvarez

644. Jonathan Terrones
645. Jorge Flores
646. Jorge Mora Barrios
647. Jose Alvarez Villa
648. Jose Antonio Gomar Perez
649. Jose Armando Quinonez
650. Jose Becerra Gutierr
651. Jose Cazarez
652. Jose Cortez
653. Jose Esquivel Lemus
654. Jose Felix Valdez
655. Jose Fuentes
656. Jose G Mendoza Valle
657. Jose German Figuero Lemus
658. Jose Luis Chavarria Sanchez
659. Jose Luis Medina Lopez
660. Jose Luis Ocampo Diaz
661. Jose Luis Rosales Gomora
662. Jose Luis Silva
663. Jose Luis Zazueta
664. Jose M Montoya
665. Jose Marquez Sanchez
666. Jose Nery Pastor Bautista
667. Jose Pimentel Rodriguez
668. Jose Rivera
669. Jose Santos Varel
670. Jose T Mendoza
671. Jose Vazquez Sanchez
672. Joseph E Pascuale
673. Josue Gutierrez Robles
674. Juan Antonio Sala Campos
675. Juan Antonio Sandoval Lora
676. Juan Carlos Garcia Gutierrez
677. Juan Giron Arreguin
678. Juan Moreno Noriega
679. Juan Perez Felix
680. Juan Torres Soto
681. Julieta Hurtado
682. Julio Borquez
683. Julio Lizama Alvarado
684. Junior Giron Arreguin
685. Juvenal Hernand Gonzalez
686. Karla Anaya Olvera

| | |
|---|---|
| 687. | Karla Villegas Gamino |
| 688. | Lazaro Fimbres |
| 689. | Leonel Soto Gastelum |
| 690. | Lorenzo Pacheco Villeda |
| 691. | Lorenzo Paloma |
| 692. | Luis A Leal |
| 693. | Luis Felix Perez |
| 694. | Luis Fernando Duarte Davalos |
| 695. | Luis Flores |
| 696. | Luis Plaza Casique |
| 697. | Ma Guadalupe Hernandez Diaz |
| 698. | Manuel Hermosillo |
| 699. | Manuel Lopez Ruiz |
| 700. | Manuel Ricardo Velderrain |
| 701. | Manuel Saul Fimbres |
| 702. | Marcelino A Hernandez |
| 703. | Marcelino Marquez Sanchez |
| 704. | Marcos Acevedo Torres |
| 705. | Margarito Sanchez |
| 706. | Mario Alejandro Correa Correa |
| 707. | Mario Gonzales |
| 708. | Mario Jimenez |
| 709. | Mario Martinez |
| 710. | Martin Aguero |
| 711. | Martin Antonio Jaime Navarro |
| 712. | Martin Fuentes |
| 713. | Martin Nava Perez |
| 714. | Miguel A Avila Savedra |
| 715. | Miguel Barrera Pina |
| 716. | Miguel Grijalba |
| 717. | Miguel Lopez |
| 718. | Nelson Anthony Callaway |
| 719. | Nicolas Martinez |
| 720. | Nicolas Ramirez Resendi |
| 721. | Nora Bernal |
| 722. | Orlando Raul Cadena |
| 723. | Oscar Estrada |
| 724. | Oscar Hernandez |
| 725. | Oscar Rodriguez |
| 726. | Pablo Larios Martinez |
| 727. | Pablo Ortiz Vargas |
| 728. | Pedro Cervantes Sanch |
| 729. | Pedro Patino |

730. Pedro Perez
731. Perla Herrera
732. Prisiliano Basto Garcias
733. Rafael Amavizca
734. Rafael Correa
735. Ramon Avitia
736. Ramon Villeda
737. Ramona Hercilia Fimbre
738. Reinaldo Doblado Perez
739. Rene Rodriguez Garcia
740. Ricardo Ochoa Velderain
741. Roberto Carrillo Rangel
742. Rosalio Esparza Correa
743. Rosario Barreras Urquid
744. Roy Miranda
745. Salvador Lechuga Escobedo
746. Salvador R Prieto
747. Samuel Kintero Beltran
748. Santiago Rodriguez Garza
749. Santiago Zendejas Pina
750. Santos Covarrubias
751. Sarai Barboa Peralta
752. Sergio Gomora Perez
753. Sergio Pardino Almazan
754. Sigifredo Peraza
755. Socorro Peralta
756. Sotero Rogel Ramirez
757. Susano Molina
758. Teodulo Cruz Pimentel
759. Tiodoro Lopez Perez
760. Uriel Correa Flores
761. Valentin Oliver
762. Veronica Valenzuela
763. Victor Angel Rojas Sandoval
764. Victor Castelan
765. Victor Martinez Guarneros
766. William Charles Jones
767. Yadira Fernandez Ruela

768.   Juaquin Villaverde
769.   Abel Sandoval
770.   Adolfo Lopez Bustamant
771.   Adrian Felix
772.   Alberto Vasquez
773.   Aldo Rodriguez
774.   Alejandro Pina Milagon
775.   Alex Felix Meza
776.   Alfredo Lagos Hernandez
777.   Alicia Camacho
778.   Allan Evans
779.   Andres Braulio Sanchez
780.   Andres Castillo
781.   Andy Ortiz
782.   Angel Chaparro Castro
783.   Angel Dario Gutierrez
784.   Angel Gonzalez
785.   Angel Rodriguez
786.   Angelio Dario Gutierrez Molina
787.   Anthony Leal
788.   Anthony Paniagua
789.   Armando Contreras
790.   Armando Tapia Berrelleza
791.   Arturo Caballero
792.   Arturo Castillo
793.   Arturo Valenzuela
794.   Benjamin Zazueta
795.   Bernardo Escobar Ruiz
796.   Bob Hausmann
797.   Brandon Panameno
798.   Candeleria Burciaga
799.   Canida Jimenez Velasco
800.   Carlos A Esparza
801.   Carlos Duran
802.   Carlos Epifanio Felix
803.   Carlos Felix Torres
804.   Carlos Gaynor Lucero
805.   Celso Iniguez Solis
806.   Clemento Gutierrez
807.   Cody Wendorf
808.   Cornelius Garcia
809.   Cristian Donald Villasensor
810.   Cruz Valentin Renteria

811. Dale Fushek
812. Daniel Garcia Leyva
813. Daniel Muro
814. Daniel Perez Lopez
815. Daniel Vargas Avalos
816. Daumary Galvez
817. Davian Garcia
818. David Cerna Torres
819. David Valdovinos
820. Demetrio M Gonzales Valenzuela
821. Denise Dean
822. Donovan Jose Valladares
823. Edgardo Barajas Medina
824. Eduardo Cota
825. Eduardo Depaiva
826. Eliad Gonzalez
827. Elias Lemus
828. Eliseo Miramon Lopez
829. Enrique Lopez
830. Ernesto Castillo Siqueiros
831. Ernesto Siqueir Revilla
832. Esteban Garcia Jimenez
833. Eva Jimenez
834. Fausto Espinoza
835. Felipe Peralta
836. Felix Masferrer
837. Fernando Miramontes Duarte
838. Fidel Bravo
839. Francisco Lopez
840. Francisco Mendoza Alcazar
841. Francisco Sosa Vargas
842. Francisco Soto
843. Francisco Vasquez
844. Frank G Martinez
845. Genevine Coury
846. Gerardo Ayon Jr
847. Gerardo German Fuentes
848. Gilbert Martinez
849. Gilberto Tapia Berrelleza
850. Gio Ramirez
851. Griselda Chavez Torres
852. Guadalupe Delgado
853. Hector F Beltran

| | | |
|---|---|---|
| 1 | 854. | Henry William Iniguez |
| | 855. | Herbert Benjamin Martinez |
| 2 | 856. | Hugo Cruz |
| 3 | 857. | Humberto Caballero |
| | 858. | Ignacio Antonio Rivera Jr |
| 4 | 859. | Ismael Garcia Morales |
| 5 | 860. | Izzac Sotelo |
| | 861. | Jaime Barron Cadena |
| 6 | 862. | Jaime Valenzuela |
| 7 | 863. | Javier Huerta |
| | 864. | Javier Perez |
| 8 | 865. | Jeovanie Garcia |
| 9 | 866. | Jeremy Seykowski |
| | 867. | Jesus Bajo Valdez |
| 10 | 868. | Jesus Douriet |
| 11 | 869. | Jesus Gabriel Romero Salas |
| | 870. | Jesus Hernandez Soto |
| 12 | 871. | Jesus Manuel Lopez Quintana |
| 13 | 872. | Jesus Robledo |
| | 873. | Jesus Torres Renteria |
| 14 | 874. | Jim Star |
| 15 | 875. | Jimmy Lee Koopen |
| | 876. | John F Cota |
| 16 | 877. | Johnny Rey Rubalcaba |
| 17 | 878. | Jordan Martin |
| | 879. | Jorge A Zazueta |
| 18 | 880. | Jorge Astorga |
| 19 | 881. | Jorge Corral Apodaca |
| | 882. | Jorge Escalante |
| 20 | 883. | Jorge Quintanar |
| 21 | 884. | Jose Aguilar |
| | 885. | Jose Alvarez Cisnero |
| 22 | 886. | Jose Arturo Del Castillo |
| 23 | 887. | Jose Contreras |
| | 888. | Jose Daniel Hernandez |
| 24 | 889. | Jose Garza Salcedo |
| 25 | 890. | Jose Gonzales |
| | 891. | Jose Juan Carlosontreras Nava |
| 26 | 892. | Jose L Urrutia Sanchez |
| 27 | 893. | Jose Lara |
| | 894. | Jose Luis Angulo Paz |
| 28 | 895. | Jose Luis Felix Ochoa |
| | 896. | Jose Luis Moreno Juarez |

| | | |
|---|---|---|
| 1 | 897. | Jose Luis Sanchez |
| | 898. | Jose Manuel Cervantes |
| 2 | 899. | Jose Manuel Garcia Armenta |
| 3 | 900. | Jose Manuel Hernandez Marroquin |
| | 901. | Jose Martinez |
| 4 | 902. | Jose Melchor Garcia |
| 5 | 903. | Jose Miguel Mendoza |
| | 904. | Jose Nieves Mendez |
| 6 | 905. | Jose Ramirez |
| 7 | 906. | Jose Raul Martiniez |
| | 907. | Jose Rogelio Maldonado F |
| 8 | 908. | Jose Vallejo |
| 9 | 909. | Jose Vasquez |
| | 910. | Juan Apodaca |
| 10 | 911. | Juan Carlos Antonio |
| 11 | 912. | Juan Carloserna |
| | 913. | Juan Guerrero |
| 12 | 914. | Julio Cesar Aranda |
| | 915. | Julio Padilla |
| 13 | 916. | Junior Leal |
| 14 | 917. | Justin Vazquez |
| | 918. | Kimberly Hatch |
| 15 | 919. | Leonardo Morale Rodriguez |
| 16 | 920. | Leoncio Gil Ibarra |
| | 921. | Lucio Lopez |
| 17 | 922. | Luis De Jesus Rivera |
| 18 | 923. | Luis Fernando Angulo |
| | 924. | Luis Figueroa Guillen |
| 19 | 925. | Luis Guillermo Sosa |
| 20 | 926. | Luis Miguel Estrada Ortega |
| | 927. | Luise Iran Felix Ochoa |
| 21 | 928. | Lurrell Holland |
| 22 | 929. | Manuel Andres Lopez Garcia |
| | 930. | Manuel Bujanda Von |
| 23 | 931. | Manuel C Estrada |
| 24 | 932. | Manuel Chaparro Chavir |
| | 933. | Manuel De Jesus Leal Sotomea |
| 25 | 934. | Manuel Junior Panameno |
| | 935. | Manuel Quintero Trujillo |
| 26 | 936. | Marco A Gamez Rios |
| 27 | 937. | Maria Cristina Perez |
| | 938. | Mario Reyes Osuna |
| 28 | 939. | Mario Villa |

| | | |
|---|---|---|
| 940. | Mark Dippre |
| 941. | Marquez Anthony Rojo |
| 942. | Martin Babuelos Bustamante |
| 943. | Martin Rubio Cecena |
| 944. | Max Pagan |
| 945. | Miguel Avalos |
| 946. | Miguel Leon |
| 947. | Miguel Reyes |
| 948. | Naumann Hobbs |
| 949. | Nestor Morales |
| 950. | Noel Delgado Duarte |
| 951. | Octavio Monreal |
| 952. | Olga Rodriguez |
| 953. | Oscar Pineda |
| 954. | Osman Rodriguez |
| 955. | Pablo Rodriguez |
| 956. | Pam Coury |
| 957. | Pedro Beltran |
| 958. | Pedro Cruz Mena Pacheco |
| 959. | Rafael Moreno |
| 960. | Ramon A Garcia |
| 961. | Ramon Lopez |
| 962. | Raul Badachi |
| 963. | Ray Meza |
| 964. | Raymund Baca |
| 965. | Raymundo Rodriguez C |
| 966. | Reyna Meza |
| 967. | Ricardo Raymond Torrez |
| 968. | Richard Lopez Vasquez |
| 969. | Roberto Barrera Balderrama |
| 970. | Rogelio Figaroa |
| 971. | Rogelio Miranda |
| 972. | Roilan Mora Quintana |
| 973. | Roman Rodriguez |
| 974. | Ronald Ray Guy Jr |
| 975. | Roxana Estrada Perez |
| 976. | Ruben Iturraldaem |
| 977. | Ruben R Salazar |
| 978. | Ruben V Lopez |
| 979. | Samuel Duarte |
| 980. | Samuel Martin Aaron |
| 981. | Samuel Rodarte |
| 982. | Sergio Romero Torres |

| | | |
|---|---|---|
| 983. | Sergio Villalobos Delgado |
| 984. | Silvestre Orduno Higuera |
| 985. | Silvia Leyva |
| 986. | Stephen Warren Crump |
| 987. | Steve Bork |
| 988. | Steven Armando Contreras |
| 989. | Steven Rene Butierez |
| 990. | Tama Lee Brown |
| 991. | Teresa Deanne Ruiz |
| 992. | Teresa Leos Arreola |
| 993. | Tom Winn |
| 994. | Valeria Hinojos Jurado |
| 995. | Vicente Iniguez Solis |
| 996. | Victor Esquer |
| 997. | Vidal Padilla |
| 998. | William Alexander Evers |
| 999. | Zachary Massie |
| 1000. | Zenon Mora Gonzalez |
| 1001. | Aaron Jacobo Peralta |
| 1002. | Abel T Pina |
| 1003. | Abelardo Cerda Patino |
| 1004. | Abraham Edgar Claros |
| 1005. | Adan Lopez |
| 1006. | Alejandro Fernandez Beltran |
| 1007. | Alejandro Ivan Cruz |
| 1008. | Alex Herrera |
| 1009. | Alexander A Berg |
| 1010. | Alexis Leobardo Aviles |
| 1011. | Alfredo Montoya Bojorques |
| 1012. | Alfredo Saldana |
| 1013. | Amado Santiago Lopez |
| 1014. | Ana Edilia Lopez |
| 1015. | Andres Flores Mora |
| 1016. | Andres Goddy Marquez |
| 1017. | Andres Martinez Mendez |
| 1018. | Angel Celestino Hernandez Ortega |
| 1019. | Angel Zarate |
| 1020. | Anselmo Meza Rosales |
| 1021. | Arturo Antonio Marquez |
| 1022. | Arturo Lopez Lopez |
| 1023. | Asencion Figueroa |
| 1024. | Ashley Marilyn Diaz Garcia |
| 1025. | Audiel Robert Perez |

| | | |
|---|---|---|
| 1026. | Benjamin Eduardo Soto Hernandez |
| 1027. | Bernardo Benitez |
| 1028. | Brandon Renteria |
| 1029. | Braulio A Sanchez |
| 1030. | Brian Deason |
| 1031. | Cecilia Hernandez Garcia |
| 1032. | Cesar Francisco Ledezma |
| 1033. | Cesar O Moreno |
| 1034. | Christian Gonzalez Villa |
| 1035. | Christina Brichacek |
| 1036. | Cristian Munoz |
| 1037. | Cristino Gutierrez |
| 1038. | Danella Esther Navarro |
| 1039. | Daniel Beltran Sanchez |
| 1040. | Daniel Cordova Jr |
| 1041. | Daniel Mora |
| 1042. | David Adonay Angel Arias |
| 1043. | David Cortes Rodriguez |
| 1044. | David Lopez Fernandez |
| 1045. | David Rodriguez Diaz |
| 1046. | Diego Lopez Berumen |
| 1047. | Edith Lorena Zuniga |
| 1048. | Eduardo Leyva Contreras |
| 1049. | Eduardo Miramontes Rodriguez |
| 1050. | Eduardo Santacruz |
| 1051. | Efrain Rodriguez |
| 1052. | Elias Esquire Villalobos |
| 1053. | Eliseo Davila Sanchez |
| 1054. | Emilio Higuera |
| 1055. | Erik Alfredo Alcantar |
| 1056. | Esteban Mendoza Partida |
| 1057. | Fabian Solis Galafiro |
| 1058. | Fausto Cesar Salas Medina |
| 1059. | Felipe Espinoza Delgado |
| 1060. | Felix Ariel Bazoco |
| 1061. | Fernando Jimenez |
| 1062. | Fidelina Perez Sanchez |
| 1063. | Florencio Cruz Burrola |
| 1064. | Francisco Javier Jr Arias |
| 1065. | Gabriel Adrian Lopez |
| 1066. | Gabriel Guillen |
| 1067. | Gerardo Marcelo Santillano Fernandez |
| 1068. | Gerardo Perez |

| | | |
|---|---|---|
| 1069. | Gerardo Ruiz |
| 1070. | Gerardo Zavala Montanez |
| 1071. | Gilberto Gutierrez |
| 1072. | Gildardo Soto Gastelum |
| 1073. | Gionnell Villanueva Muniz |
| 1074. | Gretchen Ann Finney |
| 1075. | Guadalupe Mercado |
| 1076. | Hector Guillen |
| 1077. | Heriberto Fuentes |
| 1078. | Iris Ballard |
| 1079. | Ivan Reyes |
| 1080. | Ivan Valenzuela Rojo |
| 1081. | J Guadalupe Lucio Gomez |
| 1082. | Jaime Alexis Espericueta |
| 1083. | Jaime Lara |
| 1084. | Jaime Torres Espinoza |
| 1085. | Jason Avita |
| 1086. | Javier Huitron |
| 1087. | Javier Leon |
| 1088. | Jehu Lopez Garcia |
| 1089. | Jessica Gabriela Perez Lemus |
| 1090. | Jesus Alejandro Calderon |
| 1091. | Jesus Anselmo Sarmiento |
| 1092. | Jesus Antonio Flores Mora |
| 1093. | Jesus Cebreros B |
| 1094. | Jesus Cerna Jr |
| 1095. | Jesus M Jimenez |
| 1096. | Jesus Silva |
| 1097. | Johnny Jimenez Jr |
| 1098. | Jonathan Bernal |
| 1099. | Jonathan Saldana Saldana |
| 1100. | Jose Alejandro Lugo Grijalva |
| 1101. | Jose Cerna Carrillo |
| 1102. | Jose De Jesus Medina Martinez |
| 1103. | Jose Dominguez |
| 1104. | Jose Godoy Ramirez |
| 1105. | Jose Lopez |
| 1106. | Jose Luis Flores Benitez |
| 1107. | Jose Luis Morales Lara |
| 1108. | Jose Morales Olvera |
| 1109. | Jose Osuna |
| 1110. | Jose Torres |
| 1111. | Josue Rodriguez |

| | | |
|---|---|---|
| 1112. | Juan Armando Alamazan |
| 1113. | Juan C Benavidez |
| 1114. | Juan Carlos Benitez |
| 1115. | Juan Daniel Cerna Ybarra |
| 1116. | Juan M Miramontes |
| 1117. | Juan Manuel Flores Robles |
| 1118. | Juan Manuel Nava Escalante |
| 1119. | Juan Ruelas Flores |
| 1120. | Julian Alonso Arballo |
| 1121. | Julian Tarango |
| 1122. | Julio Cesar Bojorquez Beltran |
| 1123. | Juventina S Salgado |
| 1124. | Karla Lilian Ruiz |
| 1125. | Kevin Amavizca |
| 1126. | Kyle Thomas Felty |
| 1127. | Lazard Alberto Tovar Fimbres |
| 1128. | Lazaro Camacho |
| 1129. | Leon Escobedo |
| 1130. | Leonardo Barcelo Samaniego |
| 1131. | Leonel Alfonso Irazoqui Parra |
| 1132. | Leonel Arellano Arellano |
| 1133. | Leticia Rodarte |
| 1134. | Luis A German Rodriguez |
| 1135. | Luis Fernando Olvera Amador |
| 1136. | Luis Figueroa |
| 1137. | Luis Lopez Silva |
| 1138. | Luis Romero |
| 1139. | Manuel Aguilar |
| 1140. | Manuel Vega Soto |
| 1141. | Manuel Vega Zamora |
| 1142. | Marcos Lopez Fernandez |
| 1143. | Maria Zendejas De Pina |
| 1144. | Maricela Campoy Valenzuela |
| 1145. | Mario Angel Reyes Flores |
| 1146. | Mario Miramontes |
| 1147. | Mario Vargas Tapia |
| 1148. | Marquez Godoy Jose J |
| 1149. | Martin Mora Sabino |
| 1150. | Mauricio Rosario Victorio |
| 1151. | Michael I Berg |
| 1152. | Michael Ochoa Estevez |
| 1153. | Miguel Antonio Baez Chaves |
| 1154. | Miguel Beltran |

1155.   Miguel Martinez Cardenas
1156.   Moises Jonathan Saldana
1157.   Moises Saldana Gallegos
1158.   Monico Perez Aguirre
1159.   Monserrat Moroco
1160.   Narciso Longoria Bonilla
1161.   Nicholas Daniel Rochin
1162.   Nicolas Perez Lopez
1163.   Noel Barrera
1164.   Octavio Guillen Tiznado
1165.   Omar Barrera Morales
1166.   Omar Valenzuela
1167.   Oscar Avila Gomora
1168.   Paulino Rosales
1169.   Pedro Aguilar Aldama
1170.   Pedro Cervantes
1171.   Pedro Quinn Whiterock
1172.   Porfiria N Olivas De Santillana
1173.   Rafael Dominguez Gomez
1174.   Rafael Jusacamea
1175.   Ramferi Cervantes Godoy
1176.   Ramon A Tisnado Valenzuela
1177.   Ramon Carrillo Serna
1178.   Ramon Villalobos Herrera
1179.   Raul Armando Argueta
1180.   Raul Cervantes Gogoy
1181.   Raul Chavez Gonzales
1182.   Raul Rodriguez
1183.   Ricardo Antonio Parra Jimenez
1184.   Ricardo Rubicel Aldaran Munoz
1185.   Ricardo Velderrain Ochoa
1186.   Rigoberto Giron Arreguin
1187.   Rito C Villalobos
1188.   Robert Eugene Richman
1189.   Robert R Coury
1190.   Robert Robinson Tempalski
1191.   Rodolfo Ibuado
1192.   Rogelio Gallegos Saldana
1193.   Rogelio Serna
1194.   Ruben Alexandro Lopez
1195.   Ruben Vasquez Lopez
1196.   Rudy Michel
1197.   Salvador Gomora Velazquez

| | | |
|---|---|---|
| 1 | 1198. | Sandoval Osvaldo |
| | 1199. | Sandra Maria Lawson |
| 2 | 1200. | Sebastian Dionicio Dominguez |
| 3 | 1201. | Sergei Allen Smith |
| | 1202. | Steven Bert Gomez |
| 4 | 1203. | Tomas Ortega Vargas |
| | 1204. | Tomas Zetino |
| 5 | 1205. | Trinidad Colin Reyes |
| 6 | 1206. | Uriel Murillo |
| | 1207. | Victor Adolfo Zepeda |
| 7 | 1208. | Victor Cortez |
| 8 | 1209. | Yesenia Aranda Hierro |
| | 1210. | Yovanny Robles |
| 9 | 1211. | John/Jane Doe |
| 10 | 1212. | John/Jane Doe |
| | 1213. | John/Jane Doe |
| 11 | 1214. | John/Jane Doe |
| 12 | 1215. | John/Jane Doe |
| | 1216. | John/Jane Doe |
| 13 | 1217. | John/Jane Doe |
| 14 | 1218. | John/Jane Doe |
| | 1219. | John/Jane Doe |
| 15 | 1220. | John/Jane Doe |
| 16 | 1221. | John/Jane Doe |
| | 1222. | John/Jane Doe |
| 17 | 1223. | John/Jane Doe |
| 18 | 1224. | John/Jane Doe |
| | 1225. | John/Jane Doe |
| 19 | 1226. | John/Jane Doe |
| 20 | 1227. | John/Jane Doe |
| | 1228. | John/Jane Doe |
| 21 | 1229. | John/Jane Doe |
| 22 | 1230. | John/Jane Doe |
| | 1231. | John/Jane Doe |
| 23 | 1232. | John/Jane Doe |
| | 1233. | John/Jane Doe |
| 24 | 1234. | John/Jane Doe |
| 25 | 1235. | John/Jane Doe |
| | 1236. | John/Jane Doe |
| 26 | 1237. | John/Jane Doe |
| 27 | 1238. | John/Jane Doe |
| | 1239. | John/Jane Doe |
| 28 | 1240. | John/Jane Doe |

| | |
|---|---|
| 1241. | John/Jane Doe |
| 1242. | John/Jane Doe |
| 1243. | John/Jane Doe |
| 1244. | John/Jane Doe |
| 1245. | John/Jane Doe |
| 1246. | John/Jane Doe |
| 1247. | John/Jane Doe |
| 1248. | John/Jane Doe |
| 1249. | John/Jane Doe |
| 1250. | John/Jane Doe |
| 1251. | John/Jane Doe |
| 1252. | John/Jane Doe |
| 1253. | John/Jane Doe |
| 1254. | John/Jane Doe |
| 1255. | John/Jane Doe |
| 1256. | John/Jane Doe |
| 1257. | John/Jane Doe |
| 1258. | John/Jane Doe |
| 1259. | John/Jane Doe |
| 1260. | John/Jane Doe |
| 1261. | John/Jane Doe |
| 1262. | John/Jane Doe |
| 1263. | John/Jane Doe |
| 1264. | John/Jane Doe |
| 1265. | John/Jane Doe |
| 1266. | John/Jane Doe |
| 1267. | John/Jane Doe |
| 1268. | John/Jane Doe |
| 1269. | John/Jane Doe |
| 1270. | John/Jane Doe |
| 1271. | John/Jane Doe |
| 1272. | John/Jane Doe |
| 1273. | John/Jane Doe |
| 1274. | John/Jane Doe |
| 1275. | John/Jane Doe |
| 1276. | John/Jane Doe |
| 1277. | John/Jane Doe |
| 1278. | John/Jane Doe |
| 1279. | John/Jane Doe |
| 1280. | John/Jane Doe |
| 1281. | John/Jane Doe |
| 1282. | John/Jane Doe |
| 1283. | John/Jane Doe |

| | |
|---|---|
| 1284. | John/Jane Doe |
| 1285. | John/Jane Doe |
| 1286. | John/Jane Doe |
| 1287. | John/Jane Doe |
| 1288. | John/Jane Doe |
| 1289. | John/Jane Doe |
| 1290. | John/Jane Doe |
| 1291. | John/Jane Doe |
| 1292. | John/Jane Doe |
| 1293. | John/Jane Doe |
| 1294. | John/Jane Doe |
| 1295. | John/Jane Doe |
| 1296. | John/Jane Doe |
| 1297. | John/Jane Doe |
| 1298. | John/Jane Doe |
| 1299. | John/Jane Doe |
| 1300. | John/Jane Doe |
| 1301. | John/Jane Doe |
| 1302. | John/Jane Doe |
| 1303. | John/Jane Doe |
| 1304. | John/Jane Doe |
| 1305. | John/Jane Doe |
| 1306. | John/Jane Doe |
| 1307. | John/Jane Doe |
| 1308. | John/Jane Doe |
| 1309. | John/Jane Doe |
| 1310. | John/Jane Doe |
| 1311. | John/Jane Doe |
| 1312. | John/Jane Doe |
| 1313. | John/Jane Doe |
| 1314. | John/Jane Doe |
| 1315. | John/Jane Doe |
| 1316. | John/Jane Doe |
| 1317. | John/Jane Doe |
| 1318. | John/Jane Doe |
| 1319. | John/Jane Doe |
| 1320. | John/Jane Doe |
| 1321. | John/Jane Doe |
| 1322. | John/Jane Doe |
| 1323. | John/Jane Doe |
| 1324. | John/Jane Doe |
| 1325. | John/Jane Doe |
| 1326. | John/Jane Doe |

| | | |
|---|---|---|
| 1 | 1327. | John/Jane Doe |
| | 1328. | John/Jane Doe |
| 2 | 1329. | John/Jane Doe |
| 3 | 1330. | John/Jane Doe |
| | 1331. | John/Jane Doe |
| 4 | 1332. | John/Jane Doe |
| 5 | 1333. | John/Jane Doe |
| | 1334. | John/Jane Doe |
| 6 | 1335. | John/Jane Doe |
| 7 | 1336. | John/Jane Doe |
| | 1337. | John/Jane Doe |
| 8 | 1338. | John/Jane Doe |
| 9 | 1339. | John/Jane Doe |
| | 1340. | John/Jane Doe |
| 10 | 1341. | John/Jane Doe |
| 11 | 1342. | John/Jane Doe |
| | 1343. | John/Jane Doe |
| 12 | 1344. | John/Jane Doe |
| 13 | 1345. | John/Jane Doe |
| | 1346. | John/Jane Doe |
| 14 | 1347. | John/Jane Doe |
| | 1348. | John/Jane Doe |
| 15 | 1349. | John/Jane Doe |
| 16 | 1350. | John/Jane Doe |
| | 1351. | John/Jane Doe |
| 17 | 1352. | John/Jane Doe |
| 18 | 1353. | John/Jane Doe |
| | 1354. | John/Jane Doe |
| 19 | 1355. | John/Jane Doe |
| 20 | 1356. | John/Jane Doe |
| | 1357. | John/Jane Doe |
| 21 | 1358. | John/Jane Doe |
| | 1359. | John/Jane Doe |
| 22 | 1360. | John/Jane Doe |
| 23 | 1361. | John/Jane Doe |
| | 1362. | John/Jane Doe |
| 24 | 1363. | John/Jane Doe |
| 25 | 1364. | John/Jane Doe |
| | 1365. | John/Jane Doe |
| 26 | 1366. | John/Jane Doe |
| 27 | 1367. | John/Jane Doe |
| | 1368. | John/Jane Doe |
| 28 | 1369. | John/Jane Doe |

| | |
|---|---|
| 1370. | John/Jane Doe |
| 1371. | John/Jane Doe |
| 1372. | John/Jane Doe |
| 1373. | John/Jane Doe |
| 1374. | John/Jane Doe |
| 1375. | John/Jane Doe |
| 1376. | John/Jane Doe |
| 1377. | John/Jane Doe |
| 1378. | John/Jane Doe |
| 1379. | John/Jane Doe |
| 1380. | John/Jane Doe |
| 1381. | John/Jane Doe |
| 1382. | John/Jane Doe |
| 1383. | John/Jane Doe |
| 1384. | John/Jane Doe |
| 1385. | John/Jane Doe |
| 1386. | John/Jane Doe |
| 1387. | John/Jane Doe |
| 1388. | John/Jane Doe |
| 1389. | John/Jane Doe |
| 1390. | John/Jane Doe |
| 1391. | John/Jane Doe |
| 1392. | John/Jane Doe |
| 1393. | John/Jane Doe |
| 1394. | John/Jane Doe |
| 1395. | John/Jane Doe |
| 1396. | John/Jane Doe |
| 1397. | John/Jane Doe |
| 1398. | John/Jane Doe |
| 1399. | John/Jane Doe |
| 1400. | John/Jane Doe |
| 1401. | John/Jane Doe |
| 1402. | John/Jane Doe |
| 1403. | John/Jane Doe |
| 1404. | John/Jane Doe |
| 1405. | John/Jane Doe |
| 1406. | John/Jane Doe |
| 1407. | John/Jane Doe |
| 1408. | John/Jane Doe |
| 1409. | John/Jane Doe |
| 1410. | John/Jane Doe |
| 1411. | John/Jane Doe |
| 1412. | John/Jane Doe |

| | | |
|---|---|---|
| 1 | 1413. | John/Jane Doe |
| | 1414. | John/Jane Doe |
| 2 | 1415. | John/Jane Doe |
| 3 | 1416. | John/Jane Doe |
| | 1417. | John/Jane Doe |
| 4 | 1418. | John/Jane Doe |
| 5 | 1419. | John/Jane Doe |
| | 1420. | John/Jane Doe |
| 6 | 1421. | John/Jane Doe |
| 7 | 1422. | John/Jane Doe |
| | 1423. | John/Jane Doe |
| 8 | 1424. | John/Jane Doe |
| 9 | 1425. | John/Jane Doe |
| | 1426. | John/Jane Doe |
| 10 | 1427. | John/Jane Doe |
| 11 | 1428. | John/Jane Doe |
| | 1429. | John/Jane Doe |
| 12 | 1430. | John/Jane Doe |
| 13 | 1431. | John/Jane Doe |
| | 1432. | John/Jane Doe |
| 14 | 1433. | John/Jane Doe |
| 15 | 1434. | John/Jane Doe |
| | 1435. | John/Jane Doe |
| 16 | 1436. | John/Jane Doe |
| 17 | 1437. | John/Jane Doe |
| | 1438. | John/Jane Doe |
| 18 | 1439. | John/Jane Doe |
| 19 | 1440. | John/Jane Doe |
| | 1441. | John/Jane Doe |
| 20 | 1442. | John/Jane Doe |
| 21 | 1443. | John/Jane Doe |
| | 1444. | John/Jane Doe |
| 22 | 1445. | John/Jane Doe |
| 23 | 1446. | John/Jane Doe |
| | 1447. | John/Jane Doe |
| 24 | 1448. | John/Jane Doe |
| 25 | 1449. | John/Jane Doe |
| | 1450. | John/Jane Doe |
| 26 | 1451. | John/Jane Doe |
| 27 | 1452. | John/Jane Doe |
| | 1453. | John/Jane Doe |
| 28 | 1454. | John/Jane Doe |
| | 1455. | John/Jane Doe |

| | | |
|---|---|---|
| 1 | 1456. | John/Jane Doe |
| | 1457. | John/Jane Doe |
| 2 | 1458. | John/Jane Doe |
| 3 | 1459. | John/Jane Doe |
| | 1460. | John/Jane Doe |
| 4 | 1461. | John/Jane Doe |
| 5 | 1462. | John/Jane Doe |
| | 1463. | John/Jane Doe |
| 6 | 1464. | John/Jane Doe |
| 7 | 1465. | John/Jane Doe |
| | 1466. | John/Jane Doe |
| 8 | 1467. | John/Jane Doe |
| 9 | 1468. | John/Jane Doe |
| | 1469. | John/Jane Doe |
| 10 | 1470. | John/Jane Doe |
| 11 | 1471. | John/Jane Doe |
| | 1472. | John/Jane Doe |
| 12 | 1473. | John/Jane Doe |
| 13 | 1474. | John/Jane Doe |
| | 1475. | John/Jane Doe |
| 14 | 1476. | John/Jane Doe |
| 15 | 1477. | John/Jane Doe |
| | 1478. | John/Jane Doe |
| 16 | 1479. | John/Jane Doe |
| 17 | 1480. | John/Jane Doe |
| | 1481. | John/Jane Doe |
| 18 | 1482. | John/Jane Doe |
| 19 | 1483. | John/Jane Doe |
| | 1484. | John/Jane Doe |
| 20 | 1485. | John/Jane Doe |
| 21 | 1486. | John/Jane Doe |
| | 1487. | John/Jane Doe |
| 22 | 1488. | John/Jane Doe |
| 23 | 1489. | John/Jane Doe |
| | 1490. | John/Jane Doe |
| 24 | 1491. | John/Jane Doe |
| 25 | 1492. | John/Jane Doe |
| | 1493. | John/Jane Doe |
| 26 | 1494. | John/Jane Doe |
| 27 | 1495. | John/Jane Doe |
| | 1496. | John/Jane Doe |
| 28 | 1497. | John/Jane Doe |
| | 1498. | John/Jane Doe |

| | |
|---|---|
| 1499. | John/Jane Doe |
| 1500. | John/Jane Doe |
| 1501. | John/Jane Doe |
| 1502. | John/Jane Doe |
| 1503. | John/Jane Doe |
| 1504. | John/Jane Doe |
| 1505. | John/Jane Doe |
| 1506. | John/Jane Doe |
| 1507. | John/Jane Doe |
| 1508. | John/Jane Doe |
| 1509. | John/Jane Doe |
| 1510. | John/Jane Doe |
| 1511. | John/Jane Doe |
| 1512. | John/Jane Doe |
| 1513. | John/Jane Doe |
| 1514. | John/Jane Doe |
| 1515. | John/Jane Doe |
| 1516. | John/Jane Doe |
| 1517. | John/Jane Doe |
| 1518. | John/Jane Doe |
| 1519. | John/Jane Doe |
| 1520. | John/Jane Doe |
| 1521. | John/Jane Doe |
| 1522. | John/Jane Doe |
| 1523. | John/Jane Doe |
| 1524. | John/Jane Doe |
| 1525. | John/Jane Doe |
| 1526. | John/Jane Doe |
| 1527. | John/Jane Doe |
| 1528. | John/Jane Doe |
| 1529. | John/Jane Doe |
| 1530. | John/Jane Doe |
| 1531. | John/Jane Doe |
| 1532. | John/Jane Doe |
| 1533. | John/Jane Doe |
| 1534. | John/Jane Doe |
| 1535. | John/Jane Doe |
| 1536. | John/Jane Doe |
| 1537. | John/Jane Doe |
| 1538. | John/Jane Doe |
| 1539. | John/Jane Doe |
| 1540. | John/Jane Doe |
| 1541. | John/Jane Doe |

| | | |
|---|---|---|
| 1 | 1542. | John/Jane Doe |
| | 1543. | John/Jane Doe |
| 2 | 1544. | John/Jane Doe |
| | 1545. | John/Jane Doe |
| 3 | 1546. | John/Jane Doe |
| 4 | 1547. | John/Jane Doe |
| | 1548. | John/Jane Doe |
| 5 | 1549. | John/Jane Doe |
| 6 | 1550. | John/Jane Doe |
| | 1551. | John/Jane Doe |
| 7 | 1552. | John/Jane Doe |
| 8 | 1553. | John/Jane Doe |
| | 1554. | John/Jane Doe |
| 9 | 1555. | John/Jane Doe |
| 10 | 1556. | John/Jane Doe |
| | 1557. | John/Jane Doe |
| 11 | 1558. | John/Jane Doe |
| 12 | 1559. | John/Jane Doe |
| | 1560. | John/Jane Doe |
| 13 | 1561. | John/Jane Doe |
| 14 | 1562. | John/Jane Doe |
| | 1563. | John/Jane Doe |
| 15 | 1564. | John/Jane Doe |
| 16 | 1565. | John/Jane Doe |
| | 1566. | John/Jane Doe |
| 17 | 1567. | John/Jane Doe |
| 18 | 1568. | John/Jane Doe |
| | 1569. | John/Jane Doe |
| 19 | 1570. | John/Jane Doe |
| 20 | 1571. | John/Jane Doe |
| | 1572. | John/Jane Doe |
| 21 | 1573. | John/Jane Doe |
| 22 | 1574. | John/Jane Doe |
| | 1575. | John/Jane Doe |
| 23 | 1576. | John/Jane Doe |
| 24 | 1577. | John/Jane Doe |
| | 1578. | John/Jane Doe |
| 25 | 1579. | John/Jane Doe |
| 26 | 1580. | John/Jane Doe |
| | 1581. | John/Jane Doe |
| 27 | 1582. | John/Jane Doe |
| | 1583. | John/Jane Doe |
| 28 | 1584. | John/Jane Doe |

1585.    John/Jane Doe
1586.    John/Jane Doe
1587.    John/Jane Doe
1588.    John/Jane Doe
1589.    John/Jane Doe
1590.    John/Jane Doe
1591.    John/Jane Doe
1592.    John/Jane Doe
1593.    John/Jane Doe
1594.    John/Jane Doe
1595.    John/Jane Doe
1596.    John/Jane Doe
1597.    John/Jane Doe
1598.    John/Jane Doe
1599.    John/Jane Doe
1600.    John/Jane Doe