# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Valley Wide Plastering Construction Incorporated, et al.,<br><br>Defendants. | No. CV-18-04756-PHX-GMS<br><br>**SUPPLEMENTAL ORDER IN RESPONSE TO THE SECRETARY OF LABOR'S PETITION FOR WRIT OF MANDAUMS FILED IN NINTH CIRCUIT CASE NO. 21-70685** |

The Ninth Circuit invites this Court to answer the Secretary of Labor's Petition for a Writ of Mandamus through this supplemental order. (Doc. 148.)

The Secretary asks that the Ninth Circuit reverse the Court's Order, (Doc. 123), directing the Secretary to reveal the identities of its testifying informants and their unredacted interview notes by April 2, 2021 and direct the Court to not order the Secretary to identify its testifying informants until at least 75 days before trial.

At the time of the Court's Order, discovery cut-off was March 5, 2021 and dispositive motions were due by May 7, 2021. The Court anticipated that trial would be set soon after. The Court selected the April 2 date to ensure that the identities of the Secretary's testifying informants would be revealed in time for summary judgment motions. The Court reasoned that a later deadline would be unfair to Defendants because Defendants would be unable to effectively address the Secretary's back wage calculation, and perhaps other issues, in the parties' respective summary judgment motions without the

testifying informants' identities, and, if necessary requested depositions. Any retaliatory actions taken by Defendants against such employees could, of course, have been raised to the Court. Accordingly, the Court set the disclosure of testifying witnesses after discovery cut-off but prior to the deadline for case dispositive motion practice.

    The Clerk of this Court is ordered to file a copy of this supplemental order with the Ninth Circuit in accordance with that Court's instructions.

    Dated this 23rd day of April, 2021.

_____
G. Murray Snow
Chief United States District Judge

- 2 -