**FILED**

MAY 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  MARTIN J. WALSH; U.S. DEPARTMENT OF LABOR.<br>_____<br><br>MARTIN J. WALSH, Secretary of Labor; U.S. DEPARTMENT OF LABOR,<br><br>          Petitioners,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,<br><br>          Respondent,<br><br>VALLEY WIDE PLASTERING CONSTRUCTION, INC., DBA Valley Wide Plastering, Inc., an Arizona corporation; et al.,<br><br>          Real Parties in Interest. | No.    21-70685<br><br>D.C. No. 2:18-cv-04756-GMS<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before:  BADE and BUMATAY, Circuit Judges.

Petitioners' motion for clarification of the March 26, 2021 order (Docket Entry No. 18) is granted.  We clarify that the district court's order of February 5, 2021, is stayed only as to the portion of the order directing petitioners to reveal the identities of certain informants.