MARC A. PILOTIN
Regional Solicitor
ANDREW SCHULTZ
Counsel for Wage and Hour Litigation
TARA STEARNS (Cal. Bar No. 291130)
ADRIANA AHUMADA (Cal. Bar No. 274295)
NATASHA MAGNESS (Wa. Bar No. 55920)
Trial Attorneys
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7741
Fax: (415) 625-7772
Email: stearns.tara.e@dol.gov
*Attorneys for Plaintiff Secretary of Labor*

**BURCH & CRACCHIOLO, P.A.**
1850 N. CENTRAL AVE., SUITE 1700
PHOENIX, AZ 85004
602.274.7611

Susanne E. Ingold, SBA #019143
singold@bcattorneys.com
Aaron M. Duell, SBA #033450
aduell@bcattorneys.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>       Plaintiff,<br><br>       v.<br><br>Valley Wide Plastering Construction, Inc., dba Valley Wide Plastering, Inc., an Arizona corporation; Jesus Guerrero, aka Jesse Guerrero, an individual; Rose Guerrero, an individual; and Jesse Guerrero, Jr., aka J.R. Guerrero, an individual,<br><br>       Defendants. | Case No. CV-18-04756-PHX-GMS<br><br><br>**JOINT NOTICE OF PRELIMINARY SETTLEMENT** |

Pursuant to the Case Management Order, Doc. 22, ¶ 8, Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor and Defendants Valley Wide Plastering, Inc., Jesse Guerrero, Rose Guerrero, and J.R. Guerrero hereby notify the Court that they have reached a preliminary agreement to resolve the matters in controversy in this case. The parties are working to finalize the terms of the agreement and will notify the Court upon such final and executed resolution.

Dated: August 25, 2022                    Respectfully submitted,


                                          MARC A. PILOTIN
                                          Regional Solicitor

                                          ANDREW SCHULTZ
                                          Counsel for Wage and Hour Litigation

                                           /s/ Tara Stearns
                                          Tara Stearns
                                          Senior Trial Attorney
                                          Office of the Solicitor
                                          U.S. Department of Labor
                                          90 7th St., Suite 3-700
                                          San Francisco, CA 94103
                                          *Counsel for Plaintiff*


                                          **BURCH & CRACCHIOLO, PA**

                                          By:  /s/ Susanne E. Ingold
                                          Susanne E. Ingold
                                          Aaron M. Duell
                                          Burch & Cracchiolo
                                          1850 N. Central Avenue, Suite 1700
                                          Phoenix, AZ 85004
                                          *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Susanne E. Ingold
singold@bcattorneys.com

Aaron Duell
aduell@bcattorneys.com

Dated: August 25, 2022

*/s/ Tara Stearns*
TARA STEARNS