MARC A. PILOTIN
Regional Solicitor
ANDREW SCHULTZ
Wage and Hour Counsel
TARA STEARNS (Cal. Bar No. 291130)
ADRIANA AHUMADA (Cal. Bar No. 274295)
Senior Trial Attorneys
NATASHA MAGNESS (Wa. Bar No. 55920)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7741
Fax: (415) 625-7772
Email: stearns.tara.e@dol.gov

*Attorneys for Plaintiff Secretary Martin J. Walsh*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>Valley Wide Plastering Construction, Inc., dba Valley Wide Plastering, Inc., an Arizona corporation; Jesus Guerrero, aka Jesse Guerrero, an individual; Rose Guerrero, an individual; and Jesse Guerrero, Jr., aka J.R. Guerrero, an individual,<br><br>    Defendants. | Case No. CV-18-04756-PHX-GMS<br><br>**NOTICE OF SATISFACTION OF MONETARY TERMS OF CONSENT JUDGMENT AND ORDER** |

On November 17, 2022, this Court entered a Consent Judgment and Order (Doc. 269) awarding a total of $2,674,503.00 in monetary damages (consisting of back wages, liquidated damages, and civil monetary penalties) in favor of Plaintiff, Secretary of Labor against Defendants Valley Wide Plastering Construction, Inc., Jesse Guerrero, Rose

Guerrero, and J.R. Guerrero. Doc. *See* Doc. 269 at ¶ 17.  Plaintiff hereby acknowledges that Defendants have fully paid this amount to the Secretary of Labor. The Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction of the monetary damages award in the Consent Judgment and Order. The injunctive orders entered on November 17, 2022 in the Consent Judgment and Order (Doc. 269) remain in full force and effect.

| | |
|---|---|
| Dated: December 20, 2022 | Respectfully submitted, |
| | SEEMA NANDA<br>Solicitor of Labor |
| | MARC A. PILOTIN<br>Regional Solicitor |
| | ANDREW SCHULTZ<br>Wage and Hour Counsel |
| | /s/ Tara Stearns<br>TARA STEARNS<br>Senior Trial Attorney<br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Susanne E. Ingold
singold@bcattorneys.com

Aaron Duell
aduell@bcattorneys.com

Dated: December 20, 2022                    /s/ Tara Stearns
                                            TARA STEARNS