MARC A. PILOTIN
Regional Solicitor
ANDREW SCHULTZ
Wage and Hour Counsel
TARA STEARNS (Cal. Bar No. 291130)
ADRIANA AHUMADA (Cal. Bar No. 274295)
Senior Trial Attorneys
NATASHA MAGNESS (Wa. Bar No. 55920)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7741
Fax: (415) 625-7772
Email: stearns.tara.e@dol.gov

*Attorneys for Plaintiff Acting Secretary Julie A. Su*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie A. Su[1], <br>  Acting Secretary of Labor, <br>  United States Department of Labor, <br><br>     Plaintiff, <br><br>     v. <br><br> Valley Wide Plastering Construction, Inc., dba Valley Wide Plastering, Inc., an Arizona corporation; Jesus Guerrero, aka Jesse Guerrero, an individual; Rose Guerrero, an individual; and Jesse Guerrero, Jr., aka J.R. Guerrero, an individual, <br><br>     Defendants. | Case No. CV-18-04756-PHX-GMS <br><br> **NOTICE OF FILING OF SECOND AMENDED EXHIBIT A TO THE CONSENT JUDGMENT AND ORDER** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary Julie A. Su is substituted as the Plaintiff in this action.

1  Pursuant to Paragraph 20 of the Consent Judgment and Order (Doc. 269), the
2  Secretary submits the attached Second Amended Exhibit A, which a contains a corrected
3  list of employee names and amounts.

5  Dated: July 21, 2023

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

ANDREW SCHULTZ
Wage and Hour Counsel

*/s/ Tara Stearns*
TARA STEARNS
Senior Trial Attorney
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Susanne E. Ingold
singold@bcattorneys.com

Aaron Duell
aduell@bcattorneys.com

Dated: July 21, 2023         /s/ Tara Stearns
                              TARA STEARNS